**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re: TOMAS I. MORA & OFELIA MORA          Case Number: 05-71116
421 REYNOLDS ST.          SSN-xxx-xx-3447 & xxx-xx-0840
ROCKFORD, IL  61103

                                         Case filed on:    3/14/2005
                                      Plan Confirmed on:   5/13/2005
P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $17,921.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
|  | Total Legal | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
| 201 | CODILIS & ASSOCIATES P C | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | TOMAS I. MORA | 0.00 | 0.00 | 129.77 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 129.77 | 0.00 |
| 001 | MORTGAGE ELECTRONIC REGISTRATION SYSTEMS | 10,572.57 | 9,404.97 | 9,404.97 | 0.00 |
|  | Total Secured | 10,572.57 | 9,404.97 | 9,404.97 | 0.00 |
| 002 | ROCKFORD WATER DEPARTMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | ASSOCIATED RECOVERY SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | CREDITORS PROTECTION SERVICE, INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ECAST SETTLEMENT CORPORATION | 1,508.50 | 1,508.50 | 1,508.50 | 0.00 |
| 006 | NICOR GAS | 903.52 | 903.52 | 903.52 | 0.00 |
| 007 | ROCKFORD HEALTH PHYSICIANS | 429.67 | 429.67 | 429.67 | 0.00 |
| 008 | ROCKFORD HEALTH PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | MUTUAL MANAGEMENT SERVICES | 396.19 | 396.19 | 396.19 | 0.00 |
| 010 | MUTUAL MANAGEMENT SERVICES | 61.25 | 61.25 | 61.25 | 0.00 |
| 011 | NATIONAL CAPITAL MANAGEMENT LLC | 388.41 | 388.41 | 388.41 | 0.00 |
| 012 | BECKET & LEE, LLP | 686.24 | 686.24 | 686.24 | 0.00 |
|  | Total Unsecured | 4,373.78 | 4,373.78 | 4,373.78 | 0.00 |
|  | Grand Total: | 17,810.35 | 16,642.75 | 16,772.52 | 0.00 |

Total Paid Claimant:     $16,772.52
Trustee Allowance:       $1,148.48         Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:    100.00          discharging the trustee and the trustee's surety from any and all
                                           liablility on account of the within proceedings, and closing the estate,
                                           and for such other relief as is just.  Pursuant to FRBP, I hereby
                                           certify that the subject case has been fully administered.

Report Dated:

                                                 /s/ Lydia S. Meyer
                                                Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


Dated at Rockford, IL  on 07/30/2008          By  /s/Heather M. Fagan